# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MAROL STATE, L.L.C., an Illinois Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 21-cv-04286 |
| v. | ) ) | Judge: |
| EVERLANE, INC. a Delaware Corporation, | ) ) | Magistrate Judge: |
| Defendant. | ) | |

## REQUEST TO FILE CASE UNDER SEAL

Plaintiff Marol State, L.L.C, by and through its counsel, Thomas P. Yardley and Christine R. Walsh of Robbins, Salomon & Patt, Ltd., hereby requests to file the above-captioned case under seal pursuant to Northern District of Illinois Local Rule 5.7.

(1) This request is made by Plaintiff Marol State, LLC through its counsel, Thomas P. Yardley and Christine R. Walsh of Robbins, Salomon & Patt, Ltd.

   Robbins, Salomon & Patt, Ltd. is located at 180 N. LaSalle St. Ste. 3300, Chicago, IL 60601. Counsel for Plaintiff's signature is below.

(2) Due to special circumstances regarding the confidentiality provision of the Lease that is the subject of this suit, which Plaintiff will promptly bring to the attention of the Judge assigned to the above-captioned case, Plaintiff believes it is necessary to restrict access to the case at filing.

(3) Plaintiff is aware that absent an order extending or setting aside the sealing, the file and its contents will become public on the seventh day following the date of filing.

1

(4) Counsel for Plaintiff's e-mail address is in the signature block below. The case caption is above, and the title of the documents currently requested to be filed under seal are the Complaint and all exhibits thereto.

MAROL STATE, L.L.C.,

By:_____

One of its attorneys

Thomas P. Yardley, Jr. (ARDC No. 6208239
Christine R. Walsh (ARDC No. 6319177)
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle Street
Suite 3300
Chicago, Illinois 60601
(312) 456-0184
tyardley@rsplaw.com
cwalsh@rsplaw.com