Matt Marol
Marol State L.L.C.
81 Salem Lane
Evanston, IL 60203

September 14, 2020

Alan Cooke
Store Development
Everlane, Inc.
2170 Folsom Street
San Francisco, CA 94110

RE: Rent Invoice for Everlane Chicago Gold Coast (4 E. Cedar Street, Chicago, IL 60611)

Dear Alan,

Upon the advice of our attorneys, and to stay in good standing with our lender, we are required to send you the attached Invoice pursuant to Section 4.1 of your Lease. Prompt payment is appreciated.

Best Regards,


Matt Marol
mattmarol13@gmail.com
847-274-5585 (cell)



cc: Everlane Accounting / Lease Administration Departments

**Exhibit 2**

**Rent Invoice – Everlane Chicago Gold Coast**

The following amounts, including Base Rent and Additional Rent, are due on the first day of each calendar month of the Term, beginning September 1, 2020 (the Commencement Date):

| Category | Amount |
|---|---|
| Base Rent | $78,617.08 |
| Additional Rent (Expense Charge) | $1,767.92* |
| Additional Rent (Tax Charge) | $7,778.83* |
| **Total Monthly Payment** | **$88,163.83** |

*Per Lease, Section 4.5 (A), item #4, solely during the First Lease Year, Tenant's share of Expenses shall not exceed $21,215.00 and Tenant's share of Taxes shall not exceed $93,346.00. Based on Landlord's reasonable estimates, Everlane's actual pro rata shares of Expenses and Taxes for the First Lease Year are expected to exceed these amounts. Thus, the monthly charge amounts for Expenses and Taxes for the First Lease Year have been set equal to 1/12th of the annual cap amounts set forth in the Lease.

Payments should be remitted electronically per the following instructions:

Entity: Marol State L.L.C.
EIN: 30-0034528
Financial Institution: JP Morgan Chase
Account # 950602560
Routing # 071000013 (for direct deposits and ACH) (preferred)
Routing # 021000021 (for wire transfers)