# EVERLANE

November 25, 2020

**BY FEDEX**

Marol State L.L.C.
c/o Ralph W. Marol, Manager
81 Salem Lane
Evanston, IL 60203

Re: Lease dated October 10, 2019 (the "Lease") between Everlane, Inc. ("Everlane") and Marol State L.L.C. ("Landlord") for certain premises labeled Spaces Tenant C and Tenant D, 4 E. Cedar Street, Chicago, Illinois (the "Premises" as more fully described in the Lease)

Dear Mr. Marol:

Please accept this letter as confirmation that Everlane has surrendered to Landlord the Premises described in the above-referenced Lease. Everlane irrevocably disclaims any and all right to possession of the Premises, and further irrevocably disclaims any and all right in any personal property, tools, materials, fixtures or equipment that may remain in the Premises as of this date.

Everlane agrees to indemnify and hold Landlord harmless against any claims asserted against Landlord by any of Everlane's contractors, subcontractors or suppliers arising from the loss of personal property, tools, materials, fixtures or equipment that may remain in the Premises as of this date. Other than the waiver of rights set forth herein, this letter is without prejudice to any rights of Landlord or Everlane, under the Lease or otherwise.

Sincerely,

Everlane, Inc.

By: _____
Edgar Ho,
Chief Financial Officer

cc: David A. Piedra, Esq.
R. Kymn Harp, Esq.

**Exhibit 4**